UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED                                    -PS-

2007 JUL 31  PM 1: 09

U.S. DISTRICT COURT
W.D.N.Y. - BUFFALO

THERESA WILLIAMS,

                    Plaintiff,

            -v-                               **DECISION and ORDER**
                                              07-CV-212C
INTERNAL REVENUE DEPARTMENT,

                    Defendant.

        Plaintiff Theresa Williams, proceeding *pro se,* has brought this action seeking relief

from certain taxes and penalties apparently imposed upon her by the Internal Revenue

Service,[1] and has moved for leave to proceed *in forma pauperis.* After filing the complaint,

plaintiff has filed a motion requesting that the action be stayed for the reasons set forth in

her supporting affidavit. (Docket No 3).

        Accordingly, the Court hereby grants plaintiff's motion to proceed as a poor person,

and orders that the instant action be stayed until further Order.[2] Plaintiff is directed to

make appropriate application to the Court by no later than **October 15, 2007,** or the action

will be dismissed without prejudice.

        SO ORDERED.

Dated: ___07 / 30___, 2007
        Buffalo, New York

                                        _____
                                        WILLIAM M. SKRETNY
                                        United States District Judge

---

[1] While plaintiff designates the "Internal Revenue Department" as the defendant in this proceeding,
it is clear from the allegations of the complaint, and the nature of the relief that she is seeking, that the proper
defendant in the action is the United States Internal Revenue Service.

[2] Given plaintiff's request that the action be stayed, the Court has not screened the complaint pursuant
to 28 U.S.C. § 1915(e)(2)(B).