UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



-PS-

THERESA WILLIAMS,

    Plaintiff,

  -v-

INTERNAL REVENUE SERVICE, et al.,

    Defendants.

07-CV-212C
**ORDER**

By Order dated September 24, 2008 (Docket No. 8), the Court granted plaintiff, who is proceeding *pro se* and *in forma pauperis,* leave to file a second amended complaint in this action. Thereafter, following the granting of plaintiff's requests for extensions of time to amend (Docket Nos. 10 and 12), plaintiff filed a second amended complaint (Docket No. 13).

Plaintiff subsequently filed a motion for leave to file under seal certain supporting exhibits to the second amended complaint (Docket No. 14) and, most recently, a motion requesting that the action be stayed pending the completion of audits/investigative reports by the U.S. Treasury Department (I.R.S.), the U.S. Department of Labor's Employee Benefits Security Administration and the Department of Labor of the state of Arkansas, which reports plaintiff believes are relevant to employment records at issue in this action. (Docket No. 15).

Upon review, the Court hereby grants plaintiff's motion to stay, and orders that the instant action be stayed until further

order. Plaintiff is directed, however, make appropriate application to the Court, to either lift the stay, explain why the stay should be continued, or withdraw the action, by no later than **April 30, 2010.** Plaintiff's failure to make such application to the Court by the date indicated may result in the dismissal of the action.

In view of plaintiff's motion to stay this action, the Court directs that the plaintiff's motion to file under seal supporting exhibits to the second amended complaint be held in abeyance, and the proposed exhibits be maintained by the Clerk of the Court under seal until such time as the Court either lifts the stay or dismisses the action.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:   March 5, 2010
         Rochester, New York