

-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THERESA WILLIAMS,

    Plaintiff,

    -v-

INTERNAL REVENUE SERVICE, et al.

    Defendant.

DECISION AND ORDER
07-CV-212C

---

By Order dated March 5, 2010 (Docket No. 16) ("March 5 Order"), the Court granted plaintiff's motion to stay this action pending the completion of certain audits/investigative reports by the Internal Revenue Service, the U.S. Department of Labor and the state of Arkansas Department of Labor, which plaintiff believes are relevant to the issues in this action. The March 5 Order further directed plaintiff to make application, by April 30, 2010, to either lift the stay, explain why it should be continued, or withdraw the action. The March 5 Order further provided that plaintiff's prior motion to file under seal (Docket No. 14) supporting exhibits to the second amended complaint be held in abeyance, with said exhibits to be maintained under seal until such time as the Court either lifts the stay or dismisses the action.

On April 30, plaintiff filed a motion requesting a 45-60 day extension of time to submit additional relevant information and employment records in support of the second amended complaint. (Docket No. 17).

The Court will treat plaintiff's motion as requesting a continuation of the stay, and grant such motion. Plaintiff is directed to provide additional information and/or records

alleged to be relevant to the issues in this case by no later than **July 16, 2010**. Plaintiff is advised, however, that <u>no further applications for an extension of time will be granted.</u> Plaintiff's failure to provide additional information by no later than **July 16, 2010** will result in the lifting of the stay and may further result in the dismissal of the action. The Court directs that the proposed exhibits to the second amended complaint continue to be maintained by the Clerk of the Court under seal, as provided in the March 5 Order, until further order.

SO ORDERED.

Dated: JUNE 7, 2010
Rochester, New York

_Charles Siragusa_
CHARLES J. SIRAGUSA
United States District Judge